UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

<u>*CORRECTED* Minutes of Proceeding</u>

| | |
|---|---|
| Date: December 17, 2015 | **Honorable Thomas B. McNamara, Presiding**<br>Katherine M. Swan, Law Clerk |

| | |
|---|---|
| In re:<br>Stephen Joseph Beers,<br>Cynthia Lee Beers,<br>　　　　　Debtor.<br><br>　　MacArthur Co.,<br>　　　　Plaintiff(s),<br><br>　　　　v.<br><br>　Stephen Joseph Beers,<br>　Cynthia Lee Beers,<br>　　　　Defendant(s). | **Case. No. 15-17425  TBM**<br>Chapter 7<br><br><br><br>**Adversary Proceeding No. 15-1401 TBM** |

| | Appearances | | Representing |
|---|---|---|---|
| **Plaintiff** | | Counsel | Joshua T. Keltner |
| **Defendants** | | Counsel | Michael J. Davis |

Proceedings:  Pre-Trial Scheduling Conference.

Orders:

☒　　Pretrial deadlines and trial date scheduled on the record. A formal Scheduling Order will enter.

Date:  December 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　　　*Kenneth S. Gardner, Clerk of Bankruptcy Court*

　　　　　　　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　**Katherine M. Swan, Law Clerk**