UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: June 30, 2016                               Honorable Thomas B. McNamara, Presiding
                                                                     Katherine M. Swan, Law Clerk

In re:    Joshua Jeremy Gubser,                                   **Case. No. 16-10713  TBM**
          Alison Louise Gubser,                                                  **Chapter 7**
                    Debtor.

          Professional Power, Inc.,
                    Plaintiff,
                                                                 **Adversary Proceeding No. 16-01070 TBM**
                 v.

          Joshua Jeremy Gubser,
                    Defendant.

|  | Appearances |  | Representing |
|---|---|---|---|
| **Plaintiff** |  | Counsel | Peter Almaas |
| **Defendant** |  | Counsel | Michael J. Davis |
| **3rd Party Defendant** | Michael Palecki | Counsel | David Morton Little |

Proceedings: Pre-Trial Scheduling Conference

Orders:

☒    Counsel for Mr. Gubser shall submit a legal brief on or before July 14, 2016, setting forth the legal basis for his contention that the Court has subject-matter jurisdiction under 11 U.S.C. § 1334 to hear the third-party claims against Mr. Palecki which are set forth in his Third-Party Complaint.  Counsel for Mr. Palecki shall have two weeks following the filing of Mr. Gubser's brief within which to file a legal brief in response.

☒    Pretrial deadlines and trial date scheduled on the record.   A formal Scheduling Order will issue.

Date: June 30, 2016

IT IS SO ORDERED:                                       FOR THE COURT:
                                                         Kenneth S. Gardner, Clerk of Bankruptcy Court

*/s/ Thomas B. McNamara*                                 By: */s/ Katherine M. Swan*
Honorable Thomas B. McNamara,                           Katherine M. Swan, Law Clerk
United States Bankruptcy Judge