# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JOSHUA JEREMY GUBSER<br><br>Debtor. | Case No. 16-10713 TBM<br><br>Chapter 7 |
| PROFESSIONAL POWER, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA JEREMY GUBSER<br><br>Defendant. | Adv. Pro. No. 16-01070 TBM |
| JOSHUA JEREMY GUBSER,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL PALECKI,<br><br>Third-Party Defendant | Adv. Pro. No. 16-01070 TBM |

**ORDER RE: MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

THIS MATTER, having come before the Court on the Motion for Extension of Discovery and Dispositive Motions Deadlines (the "Motion"), filed by Plaintiff Professional Power, Inc., and the Court having reviewed the matter and being fully informed in the premises and for other good cause appearing,

HEREBY ORDERS that the Motion is GRANTED and the deadline for the completion of discovery is extended to October 21, 2016 and the deadline for the filing of dispositive motions is extended to November 18, 2016. Notwithstanding this extension, the Court reminds the parties that dispositive motions should be filed sufficiently in advance of the trial date so that the Court will have sufficient time to consider and rule on the motions before trial.

DATED: September 13, 2016                    BY THE COURT:

*Thomas B. McNamara*
United States Bankruptcy Judge