## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NATHANIEL ALEXANDER MALCOLM, | ) | Case No. 15-10853-HRT |
| MORGAN MARIE LELAND | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| BRYAN HANSEN, | ) | Adv. Proc. No. 15-1373-HRT |
| KRISTEN NELSON | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN MARIE LELAND, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER VACATING TRIAL AND SETTING TELEPHONIC SCHEDULING CONFERENCE**

THIS MATTER having come before the Court on the Defendant's Unopposed Motion to Vacate and Reschedule Trial, cause having been shown to the Court for the granting of the requested relief, it is hereby ordered that:

The trial currently scheduled for November 21, 2016 at 9:30 a.m. is hereby vacated and a telephonic scheduling conference to reset the trial will be held on **Tuesday, January 24, 2017, at 10:00 a.m. in Courtroom B**. Counsel may appear by telephone by calling the Court at 1-888-684-8852 and providing meeting ID 416 8567#.

Done and entered this 11th day of October, 2016.

_____
Honorable Howard Tallman.
United States Bankruptcy Judge