# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NATHANIEL ALEXANDER MALCOLM, | ) | Case No. 15-10853-HRT |
| MORGAN MARIE LELAND | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| BRYAN HANSEN, | ) | Adv. Proc. No. 15-1373-HRT |
| KRISTEN NELSON | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN MARIE LELAND, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER VACATING TELEPHONIC SCHEDULING CONFERENCE

THIS MATTER comes before the Court on it's own review. In the interest of judicial economy,

IT IS ORDERED the Telephonic Scheduling Conference set for January 24, 2017 at 10:00 a.m. is VACATED. The Court will enter a separate order setting a trial date and time and other deadlines at a later date.

DATED January 23, 2017

_____
United States Bankruptcy Judge