United States Bankruptcy Court
District of Colorado

Hansen,
        Plaintiff                                        Adv. Proc. No. 15-01373-HRT

Leland,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: smottsm          Page 1 of 1              Date Rcvd: Jan 23, 2017
                             Form ID: pdf904         Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
ust            +Aaron Carson,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
ust            +Beverly Smith (341),    Byron G. Rogers Federal Building,    1961 Stout St.,    Ste. 12-200,
                Denver, CO 80294-6004
ust            +Nicole Zollars (341),    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
3pp            +Bryan Hansen,    4 Kelfield Drive,    Ladera Ranch, CA 92694-1340
3pp            +Kristen Nelson,    4 Kelfield Drive,    Ladera Ranch, CA 92694-1340
3pp            +Morgan Marie Leland,    5500 DTC Parkway, Apt 718,    Greenwood Village, CO 80111-3169
3pd            +Platinum Elite Real Estate dba Lux Homes Denver,    1177 South Sherman Street,
                Denver, CO 80210-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust             Bernie Onstad
ust             Kathi Hindes
pla*           +Bryan Hansen,    4 Kelfield Drive,    Ladera Ranch, CA 92694-1340
pla*           +Kristen Nelson,    4 Kelfield Drive,    Ladera Ranch, CA 92694-1340
dft*           +Morgan Marie Leland,    5500 DTC Parkway, Apt 718,    Greenwood Village, CO 80111-3169
intp*          +Morgan Marie Leland,    5500 DTC Parkway, Apt 718,    Greenwood Village, CO 80111-3169
3pd*           +Platinum Elite Real Estate dba Lux Homes Denver,    1177 South Sherman Street,
                Denver, CO 80210-1510
                                                                        TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          Jonathan  Dickey    on behalf of Plaintiff Kristen  Nelson jonathan@bandglawoffice.com,
           sharon@bandglawoffice.com;celina@bandglawoffice.com
          Jonathan  Dickey    on behalf of 3rd Party Plaintiff Bryan  Hansen jonathan@bandglawoffice.com,
           sharon@bandglawoffice.com;celina@bandglawoffice.com
          Jonathan  Dickey    on behalf of 3rd Party Plaintiff Kristen  Nelson jonathan@bandglawoffice.com,
           sharon@bandglawoffice.com;celina@bandglawoffice.com
          Jonathan  Dickey    on behalf of Plaintiff Bryan  Hansen jonathan@bandglawoffice.com,
           sharon@bandglawoffice.com;celina@bandglawoffice.com
          Kenneth J. Buechler    on behalf of Plaintiff Bryan  Hansen ken@bandglawoffice.com,
           sharon@bandglawoffice.com
          Kenneth J. Buechler    on behalf of Plaintiff Kristen  Nelson ken@bandglawoffice.com,
           sharon@bandglawoffice.com
          Lily  Nierenberg    on behalf of Defendant Morgan Marie Leland lnierenberg@bknmurray.com,
           llarson@bknmurray.com
          Michael J. Davis    on behalf of Defendant Morgan Marie Leland mdavis@bknmurray.com,
           llarson@bknmurray.com
          Michael J. Davis    on behalf of 3rd Party Plaintiff Morgan Marie Leland mdavis@bknmurray.com,
           llarson@bknmurray.com
          Ryan M. Wood    on behalf of 3rd Pty Defendant   Platinum Elite Real Estate dba Lux Homes Denver
           ryan@ryanwoodlaw.com,  jill@ryanwoodlaw.com;ecf.ryanwoodlaw@gmail.com
                                                                        TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| NATHANIEL ALEXANDER MALCOLM, | ) | Case No. 15-10853-HRT |
| MORGAN MARIE LELAND | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| BRYAN HANSEN, | ) | Adv. Proc. No. 15-1373-HRT |
| KRISTEN NELSON | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN MARIE LELAND, | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER VACATING TELEPHONIC SCHEDULING CONFERENCE

THIS MATTER comes before the Court on it's own review. In the interest of judicial economy,

IT IS ORDERED the Telephonic Scheduling Conference set for January 24, 2017 at 10:00 a.m. is VACATED. The Court will enter a separate order setting a trial date and time and other deadlines at a later date.

DATED January 23, 2017

_____
United States Bankruptcy Judge