**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) Case No: 16-14761-MER |
| Y & K Sun, Inc. | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

_____

### NOTICE FOR MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE
_____

### OBJECTION DEADLINE: JUNE 17, 2016

**YOU ARE HEREBY NOTIFIED** that Wonjong Kim and Yoonee Kim, through their undersigned counsel have filed a Motion to Dismiss Chapter 11 Bankruptcy Case.

Wonjong Kim and Yoonee Kim moves the Court for an Order to dismiss the Debtors Chapter 11 Bankruptcy case pursuant to 11 U.S.C § 1112 (b).

If you oppose or object to the motion your objection and request for hearing must be filed on or before the objection deadline stated above, served on the attorney at BKN Murray, LLP at the address indicated below, and must clearly state all objections and any legal basis for the objections. The Court will not consider general objections.

Dated this 3rd day of June 2016.

                                                   Respectfully submitted,
                                                   **BKN Murray, LLP**
                                                   (*A true and correct copy of this document*
                                                   *is on file at the law offices of BKN Murray, LLP.*)

                                                   By: /s/ *Michael J. Davis*
                                                   Michael J. Davis #44287
                                                   6795 E. Tennessee Ave., St. 330
                                                   Denver, Colorado 80224
                                                   Phone: 720-361-6036
                                                   Fax: 303-758-5055
                                                   Email: mdavis@bknmurray.com

                                                   Attorney for Wonjong Kim and Yoonee Kim

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 3rd day of June, 2016, a true and correct copy of the foregoing NOTICE **PURSUANT TO L.B.R. 9013-1 OF MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE,** was duly served via ECF filing and First class mail to the parties below

                                                              */s/ Lynsay Larson*_____
                                                              Lynsay Larson, Paralegal

Please see attached	creditor matrix