**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-10989 TBM |
| NRS Properties LLC. ) | Chapter 12 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

---

**NOTICE FOR MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**

---

**OBJECTION DEADLINE:  July 14, 2016**

**YOU ARE HEREBY NOTIFIED** that Cecil E. Hart II LLC, through their undersigned counsel have filed a Motion to Dismiss Chapter 11 Bankruptcy Case.

Cecil E. Hart II LLC  moves the Court for an Order to dismiss the Debtors Chapter 11 Bankruptcy case pursuant to 11 U.S.C § 1112 (b).

If you oppose or object to the motion your objection and request for hearing must be filed on or before the objection deadline stated above, served on the attorney at BKN Murray, LLP at the address indicated below, and must clearly state all objections and any legal basis for the objections.  The Court will not consider general objections.

Dated this 30th day of June 2016.

                                            Respectfully submitted,
                                            **BKN Murray, LLP**
                                            (*A true and correct copy of this document*
                                            *is on file at the law offices of BKN Murray, LLP.*)

                                            By: /s/ *Michael J. Davis*
                                            Michael J. Davis #44287
                                            6795 E. Tennessee Ave., St. 330
                                            Denver, Colorado 80224
                                            Phone:  720-361-6036
                                            Fax:  303-758-5055
                                            Email:  mdavis@bknmurray.com
                                            Attorney for Cecil E. Hart II LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 30th day of June, 2016, a true and correct copy of the foregoing NOTICE **PURSUANT TO L.B.R. 9013-1 OF MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE,** was duly served via ECF filing and First class mail to the parties below

                                          */s/ Lynsay Larson*
                                          Lynsay Larson, Paralegal

Please see attached    creditor matrix