IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-10989-TBM |
| NRS Properties, LLC ) | |
| 86-0766998 ) | |
| ) | Chapter 12 |
| Debtor. ) | |
| ) | |

**NOTICE OF PETITIONING CREDITOR, THE CECIL E. HART SECOND LLC'S, MOTION FOR EXPEDITED RELIEF FROM AUTOMATIC STAY**

**OBJECTION DEADLINE: July 14, 2016**

YOU ARE HEREBY NOTIFIED that a Motion for Expedited Relief From Automatic Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **July 21, 2016, at 9:00 am**, in Courtroom E, at the Byron Rogers Federal Courthouse, 1929 Stout Street, Denver, Colorado 80294. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this Court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon the movant's attorney whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits, and (2) attendance at the above-scheduled hearing in person or through counsel, if required.

IF YOU FAIL TO FILE AN OBJECTION, the scheduled hearing will be vacated and an order granting the relief requested may be granted without further notice to you.

Dated this 7th day of July, 2016.

Respectfully submitted,

/s/ Michael J. Davis                    .
Michael J. Davis, 44287
BKN Murray LLP
6795 E. Tennessee Ave., St. 330
Denver, CO 80224
720-361-6036
mdavis@bknmurray.com
Attorney for
Petitioning Creditor