## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### Bankruptcy Judge Thomas B. McNamara

In re:

NRS Properties, LLC,                                Bankruptcy Case No. 16-10989 TBM

Debtor.                                             Chapter 12

## ORDER AND NOTICE OF EVIDENTIARY HEARING

**IT IS HEREBY ORDERED** that the Court will hold an evidentiary hearing, if necessary, on the value of the real property and the applicable interest rate, commencing on **Thursday, September 15, 2016**, at 9:00 a.m., continuing to **Friday, September 16, 2016**, at 9:00 a.m., in Courtroom E, United States Bankruptcy Court, United States Custom House, 721 19th Street, Denver, CO 80202.  Exhibits must be marked for identification (The Debtor shall use letters.  The Chapter 12 Trustee shall use numbers.  Cecil E. Hart II LLC shall use "Hart" followed by numbers.  First Southwest Bank shall use "Bank" followed by numbers) and exchanged no later than **September 1, 2016**. A List of Witnesses and Exhibits must be filed with the Court on or before **September 1, 2016**, substantially in the form of Attachment A.  Written objections directed to the exhibits must be filed and served on opposing counsel on or before **September 8, 2016**, otherwise all objections except as to relevancy are waived.

On the date of the evidentiary hearing, each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy. Two (2) copies are for the Court and one (1) copy is for the witness. The original exhibits are to be used by the witness. Exhibits tendered to the Court shall be in three ring binders and be individually tabbed with the appropriate exhibit letter/number. Tabs must extend past the side of the paper. Exhibits in excess of ten (10) pages shall be numbered at the bottom of the page for easier access and use during trial.  The first page of each binder shall be an index in the form of Attachment 1 to this Order.  The parties will be required, consistent with Local Bankruptcy Rule 9070-1, to retain custody of their original exhibits following the evidentiary hearing.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone. All parties shall appear in person or by counsel.

The United States Bankruptcy Court for the District of Colorado has installed an electronic evidence presentation system in Courtroom E. The evidence presentation system allows for the display of evidence on various monitors located at the bench, the witness stand, the lectern and the counsel tables.  Counsel planning to use the equipment must contact court staff by calling the Courtroom Deputy at 720-904-7310, at least 5 business days in advance of their court proceeding to inquire about availability of certain equipment, protocol for use, training and practice sessions.  Counsel must familiarize themselves with the electronic presentation system in advance.   Practice sessions and testing of the equipment, if requested by counsel, must occur prior to the day of a scheduled court appearance, as the courtroom may not be available and court staff will not be available for that purpose on the day of the proceeding. **The Court encourages the use of the electronic evidence presentation system**.  On the date of the evidentiary hearing, each party utilizing the electronic evidence presentation system shall provide two thumb-drives of all exhibits in lieu of paper exhibits as described above.

The Court encourages the Chapter 12 Trustee, counsel for Cecil E. Hart II LLC, First Southwest Bank, and the Debtor to cooperate and, if possible, reach a Stipulation of Agreed Facts, which may eliminate the need for the scheduled evidentiary hearing or, at least, narrow the issues for the scheduled evidentiary hearing.   If the parties reach an agreement that the evidentiary hearing is no longer required, they shall inform the Court and file a motion requesting that the evidentiary hearing be vacated.

DATED this 8th day of July, 2016          BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Court Judge

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re

_____,

Debtor

_____

_____,

Plaintiff

v.

_____,

Defendant.

Case No.:        _____ TBM
Chapter

Adversary Proceeding No.: _____ TBM

_____

**(Party Name)s LIST OF WITNESSES AND EXHIBITS**

_____

_____ (Party) , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____   \_\_\_. m. in Courtroom A before the Honorable Thomas B. McNamara.

**WITNESSES**

Party **will** call the following witnesses:

1. _____, to testify regarding: _____

_____

2. _____, as an adverse witness.

Party **may** call the following witnesses:

1. _____, to testify regarding _____.

2. _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
John A. Attorney, #0000
Street Address
City, State, Zip
Telephone Number
Facsimile Number
*Attorney for*_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing _____='s **List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:


_____

**ATTACHMENT 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

_____,

Debtor,

_____

_____,

Plaintiff,

v.

_____,

Defendant.

Case No. _____ TBM
Chapter

Adversary Proceeding No. _____ TBM

**EXHIBITS FOR HEARING**

Submitted by:    (Name of Party)
In connection with: (date and nature of hearing or date of trial)
Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |