# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>LARRY IVAN BEHRENDS,<br><br>Debtor. | Bankruptcy Case No. 13-22392 EEB<br>Chapter 7 |
| JOLI A. LOFSTEDT, chapter 7 trustee,<br><br>Plaintiff,<br><br>v.<br><br>VICKIE L. OLETSKI-BEHRENDS, and 21ST CENTURY FINANCIAL SERVICES, LLC,<br><br>Defendants. | Adversary Proceeding No. 14-1377 EEB |

## ORDER DENYING MOTION TO RECONSIDER

THIS MATTER comes before the Court on the Motion to Reconsider Order on Complaint ("Motion to Reconsider") filed by Defendant Vicki Oletski-Beherends and the Response thereto filed by Plaintiff Joli Lofstedt, chapter 7 trustee ("Trustee"). The Court hereby

ORDERS that, for all the reasons set forth in the Trustee's Response, which is incorporated by reference herein, the Defendant's Motion to Reconsider is DENIED.

DATED this 11th day of May, 2017

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge