**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-21943-MER |
| CREEKSIDE CANCER CARE, LLC ) | |
| ) | Chapter 11 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
**OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION**

# OBJECTION DEADLINE: March 15, 2017

YOU ARE HEREBY NOTIFIED that a Motion For Relief From Automatic Stay Or, Alternatively, For Adequate Protection has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for March 29, 2017 at 9:30 a.m. at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom C, Fifth Floor, Denver, Colorado 80202.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline listed above, and serve a copy upon Movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1(c) regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person.

**IF YOU FAIL TO FILE AN OBJECTION**, the scheduled hearing will be **vacated** and an order granting the relief requested may be granted without further notice

DATED this 1st day of March, 2017.

Respectfully submitted,
BKN MURRAY, LLP.

_/s/ Michael J. Davis_
Michael J. Davis, Atty. Reg. No. 44287
6795 East Tennessee Avenue, Suite 330
Denver, Colorado 80224
Tel: 303-758-5100
Fax: 303-758-5055
mdavis@bknmurray.com

ATTORNEYS FOR THE MOVANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2017, I served the foregoing **NOTICE FOR MOTION FOR RELIEF FROM AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION** was electronically via Colorado Courts E- Filing, and/or by placing a true and correct copy of the same in the United States Mail, first-class postage prepaid, or as otherwise indicated, to:

### Service List

Creekside Cancer Care, LLC
dba Colorado CyberKnife
120 Old Laramie Trail E
Lafayette, CO 80026

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202
(303) 223-1102
(303) 223-0902 (fax)
sabelman@bhfs.com

Deborah S. Ashen
217 N. Jefferson St., Ste. 601
Chicago, IL 60661
312-506-4516
312-655-0801 (fax)
dsa@ashenlaw.com

Mark F. Bell
360 S. Garfield St.
Ste. 600
Denver, CO 80209
303-333-9810
303-333-9786 (fax)
mbell@fostergraham.com

Aaron J. Conrardy
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303-296-1999
303-296-7600 (fax)
aconrardy@sendwass.com

Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203
3030-607-3675
303-307-3600 (fax)
brad.dempsey@faegrebd.com

David B. Law
1900 W. Littleton Blvd.
Littleton, CO 80120
303-722-6500
303-722-9270 (fax)
dbl@millerandlaw.com

David M. Miller
370 17th St.
Ste. 4800
Denver, CO 80202
303-839-3800
303-839-3838 (fax)
dmiller@spencerfane.com

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7999
Alan.Motes@usdoj.gov

Brandan Oliver
3200 Wells Fargo Center, 1700 Lincoln St
Denver, CO 80203
303-607-3665
303-607-3600 (fax)
brandan.oliver@FaegreBD.com

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202
( ) 303-223-1100
303-223-1111 (fax)
mpankow@bhfs.com

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303-296-1999
303-296-7600 (fax)
dvw@sendwass.com