# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No: 16-21943-MER |
| CREEKSIDE CANCER CENTER, LLC | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

---

## CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING
---

On March 1, 2017, Michael J. Davis, Movant, filed a Motion for Relief from Stay, Notice, and proposed order (Docket No. 115). Respondent hereby represents and shows the court:

1. Samuel Kidder objects on behalf of Creekside Cancer Center, LLC, and requests for hearing on the motion/application have been filed by the following party:
    a. Objection filed by Samuel Kidder, (Docket No. 123)

2. The docket numbers for each of the following relevant documents are:
    a. The motion and all documents attached thereto and served therewith, Motion for Relief from Stay (Docket No. 115)
    b. The certificate of service of the motion, (Docket No. 115)
    c. Proposed order for Motion, (Docket No. 115-6)
    d. Notice with objection date, (Docket No. 116)
    e. Objection filed by Samuel Kidder, (Docket No. 123); and

3. Resolution of this contested matter may require an evidentiary hearing if this court is unable to rule on the written submissions. Respondent estimates that if a hearing is necessary, the hearing will proceed as follows:
    a. A summary of the factual issues to be tried.
    b. Estimate time required for hearing will be one hour;
    c. Number of expert witnesses anticipated will be one, the debtor;
    d. No expert witness testimony will be required; and
    e. No discovery will be necessary.

WHEREFORE, Movant prays that the court will enter an Order Granting the Motion for Relief from Stay, or set this matter for hearing pursuant to L.B.R. 9013.1

Dated this 16th day of March, 2017.

Respectfully submitted,
**BKN Murray, LLP**
(*A true and correct copy of this document
is on file at the law offices of BKN Murray, LLP.*)


By: /s/ *Michael J. Davis*
Michael J. Davis #44287
6795 E. Tennessee Ave., St. 330
Denver, Colorado 80224
Phone:  720-361-6036
Fax:  303-758-5055
Email:  mdavis@bknmurray.com


## CERTIFICATE OF SERVICE

The undersigned certifies that on March 16, 2017, a copy of the foregoing **CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING**, has been served on the following parties via PACER:

Creekside Cancer Care, LLC
dba Colorado CyberKnife
120 Old Laramie Trail E
Lafayette, CO 80026

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202
(303) 223-1102
(303) 223-0902 (fax)
sabelman@bhfs.com

Deborah S. Ashen
217 N. Jefferson St., Ste. 601
Chicago, IL 60661
312-506-4516
312-655-0801 (fax)
dsa@ashenlaw.com

Mark F. Bell
360 S. Garfield St.
Ste. 600
Denver, CO 80209
303-333-9810
303-333-9786 (fax)
mbell@fostergraham.com

Aaron J. Conrardy
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303-296-1999
303-296-7600 (fax)
aconrardy@sendwass.com

Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203
3030-607-3675
303-307-3600 (fax)
brad.dempsey@faegrebd.com

David B. Law
1900 W. Littleton Blvd.
Littleton, CO 80120
303-722-6500
303-722-9270 (fax)
dbl@millerandlaw.com

David M. Miller
370 17th St.
Ste. 4800
Denver, CO 80202
303-839-3800
303-839-3838 (fax)
dmiller@spencerfane.com

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7999
Alan.Motes@usdoj.gov

Brandan Oliver
3200 Wells Fargo Center, 1700 Lincoln St
Denver, CO 80203
303-607-3665
303-607-3600 (fax)
brandan.oliver@FaegreBD.com

Michael J. Pankow
410 17th St.
22nd Fl.
Denver, CO 80202
( ) 303-223-1100
303-223-1111 (fax)
mpankow@bhfs.com

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264
303-296-1999
303-296-7600 (fax)
dvw@sendwass.com