**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>CREEKSIDE CANCER CARE, LLC,<br>EIN: 27-0468155,<br><br>Debtor. | Case No. 16-21943-MER<br><br>Chapter 11 |

**NOTICE OF MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION BETWEEN DEBTOR AND NORTHEAST BANK**

**OBJECTION DEADLINE: APRIL 5, 2017**

      **YOU ARE HEREBY NOTIFIED** that Creekside Cancer Care, LLC (the "**Debtor**") has filed its Motion for Approval of Stipulation for Adequate Protection Between Debtor and Northeast Bank (the "**Motion**"), with the Bankruptcy Court and requests the following relief: that the Court enter an order approving the Stipulation (as defined in the Motion) between the Debtor and Northeast, which, among things, provides for monthly adequate protection payments to Northeast.

      If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

      In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned Motion without further notice to creditors or other interested parties.

DATED this 22nd day of March, 2017.

                                            BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                            *s/Michael J. Pankow*
                                            Michael J. Pankow, #21212
                                            Samuel M. Kidder, #49125
                                            410 17th Street, Suite 2200
                                            Denver, Colorado 80202
                                            Telephone: (303) 223-1100
                                            Facsimile: (303) 223-1111
                                            mpankow@bhfs.com
                                            skidder@bhfs.com

                                            *Attorneys for the Debtor*

## CERTIFICATE OF MAILING

The undersigned certifies that on March 22, 2017, I served a copy of the foregoing **NOTICE OF MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION BETWEEN DEBTOR AND NORTHEAST BANK** via U.S. mail, postage prepaid, and properly addressed to the parties listed on the attached Court's mailing matrix.

                                               *s/Sheila Grisham*
                                               Sheila M. Grisham, Paralegal

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 16-21943-MER<br>District of Colorado<br>Denver<br>Wed Mar 22 11:45:24 MDT 2017 | AG Adjustments, Ltd, assignee of Google<br>Attn: Paula Tillem or Sean Morris<br>740 Walt Whitman Rd<br>Melville, NY 11747-2212 | AXA Life Insurance<br>P.O. Box 1047<br>Charlotte, NC 28201-1047 |
| Steven E. Abelman<br>410 Seventeenth St<br>22nd floor<br>Denver, CO 80202-4437 | Accuray<br>1310 Chesapeake Terrace<br>Sunnyvale, CA 94089-1100 | Accuray Incorp<br>1310 Cheaspeake Terrace<br>Sunnyvale, Ca 94089-1100 |
| Accuray Incorp.<br>1310 Chesapeake Terrace<br>Sunnyvale, Ca 94089-1100 | Airgas<br>PO Box 1152<br>Tulsa, OK 74101-1152 | Airgas USA, LLC<br>110 West 7th St Suite 1400<br>Tulsa, OK 74119-1077 |
| Anatome<br>Attn: Jeff Kuligowski<br>7505 Fannin St., Suite 442<br>Houston, TX 77054-1945 | Anderson & Whitney<br>5801 West 11th Street, Suite 300<br>Greeley, CO 80634-4813 | Andrew Fitts<br>PO Box 13527<br>Seattle WA 98198-1008 |
| Anthem Blue Cross Blue Shield<br>PO Box 51011<br>Los Angeles, CA 90051-5311 | Anthony Cody<br>120 Old Laramie Trl E<br>Lafayette, CO 80026-7012 | Apple Financial Services<br>P.O. Box 3072<br>Cedar Rapids, IA 52406-3072 |
| Ascentium Capital<br>PO Box 301593<br>Dallas, TX 75303-1593 | Ascentium Capital, LLC<br>23970 HWY 59N<br>Kingwood, TX 77339-1535 | Deborah S. Ashen<br>217 N. Jefferson St., Ste. 601<br>Chicago, IL 60661-1114 |
| BFG Corporation d/b/a Byline Financial Group<br>Ashen Faulkner<br>217 N. Jefferson Street Suite 601<br>Chicago, IL 60661-1114 | BS Holdings, LLC<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7012 | Bayer Healthcare<br>PO Box 360172<br>Pittsburgh, PA 15251-6172 |
| Baytree / Byline Leasing<br>721 N. McKinley Rd #200<br>Lake Forest, IL 60045-1849 | Block Imaging<br>1845 Cedar Street<br>Holt, MI 48842-1757 | Bonnie Sorden<br>408 Elk Trail<br>Lafayette, CO 80026-9085 |
| Brian Thorndyke<br>120 Old Laramie Trl E<br>Lafayette, CO 80026-7012 | Brittany Barnes<br>9100 Vance St.<br>Westminster, CO 80021-7021 | Byline Financial Group<br>721 N. McKinley Rd.<br>Lake Forest, IL 60045-1849 |
| Chad S. Caby<br>1200 17th St.<br>Suite 3000<br>Denver, CO 80202-5855 | Centennial Radiation Oncology, P.C.<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7013 | Century Link<br>PO Box 52187<br>Phoenix, AZ  85072-2187 |

| | | |
|---|---|---|
| Century Link<br>PO Box 91155<br>Seattle, WA 98111-9255 | CenturyLink Communications LLC<br>Bankruptcy<br>1801 California St, Rm 900<br>Denver, CO 80202-2609 | Charles Kelley Simpson, Dr.<br>7730 Park Ridge Circle<br>Fort Collins, CO 80528-8908 |
| Chris Noonan<br>120 Old Laramie Trl E<br>Lafayette, CO 80026-7012 | City of Lafayette<br>1290 South Public Rd<br>Lafayette, CO 80026-2706 | Coal Creek Investment Leasing Co<br>140 Old Laramie Trl E<br>Lafayette, CO 80026-7016 |
| Coal Creek Investment Leasing Company, LLC<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7012 | Cogent / ACEI<br>PO Box 791087<br>Baltimore, MD 21279-1087 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 |
| Colorado Lending Source<br>518 17th St, 18th Floor<br>Denver, CO 80202-4117 | Aaron J. Conrardy<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Cottonwood Office Partners, LLC<br>16427 N Scottsdale Rd., Ste 410<br>Scottsdale, AZ 85254-7102 |
| Creekside Cancer Care, LLC<br>120 Old Laramie Trail E<br>Lafayette, CO 80026-7012 | Dave Hahn<br>399 Becham Drive<br>San Jose, CA 95123-5605 | Michael J. Davis<br>6795 E. Tennessee Ave.<br>Ste. 330<br>Denver, CO 80224-1691 |
| Deborah Thompson<br>1819 Enfield St.<br>Ft. Collins, CO 80526-5549 | Bradford E. Dempsey<br>3200 Wells Fargo Center<br>1700 Lincoln St.<br>Denver, CO 80203-4500 | Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| Donald E. Benjamin Living Trust<br>PO Box 544<br>Tesuque, NM 87574-0544 | Dryland Stucco Inc<br>PO Box 270626<br>Fort Collins, CO 80527-0626 | Drylands Stucco<br>PO Box 270626<br>Fort Collins, CO 80527-0626 |
| El Milagro<br>8711 E . Pinnacle Rd., #141<br>Scottsdale, AZ 85255 | Eldorado Water<br>PO Box 172526<br>Denver, CO 80217-2526 | Everbank Commercial Finance<br>10 Waterview Blvd<br>Parsippany, NJ 07054-7607 |
| Everbank Commercial Finance, Inc.<br>PO Box 911608<br>Denver, CO 80291-1608 | Everbank Leasing<br>PO Box 911608<br>Denver, CO 80291-1608 | FCF<br>PO Box 1358<br>Grand Junction, CO 81502-1358 |
| Farber Medical Solutions<br>951 Old Clinton Rd #20<br>Westbrook, CT 06498-1786 | Fire Alarm Services<br>4800 W 60th Ave<br>Arvada, CO 80003-6915 | First Bank<br>10403 West Colfax Ave<br>Denver, CO 80215-3811 |

| | | |
|---|---|---|
| Google Adwords / AG Adjustments Ltd.<br>740 Walt Whitman Rd<br>Melville NY 11747-2212 | Guardian<br>PO Box 824404<br>Philadelphia, PA 19182-4404 | Hamilton Linen<br>P.O. Box 843348<br>Kansas City, MO 64184-3348 |
| Hogan Lovells US LLP<br>555 Thirteenth St. NW<br>Washington, DC 20004-1109 | Hogan Lovells US LLP<br>Attn: Mark Heimlich<br>1601 Wewatta St., Suite 900<br>Denver, CO 80202-6314 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| John A. Gagliardi<br>Wetzel Gagliardi Fetter & Lavin LLC<br>101 E. Evans St., Ste. A<br>West Chester, PA 19380-2600 | Key Business Strategies, Inc.<br>986 Berganot Trail<br>Castle Pines, CO 80108-3627 | Samuel M. Kidder<br>410 17th St., Ste. 2200<br>Denver, CO 80202-4432 |
| LEAF<br>P.O. Box 742647<br>Cincinnati, OH 45274-2647 | LEAF Capital Funding, LLC<br>2005 Market St 14th Floor<br>ATTN: Legal Dept<br>Philadelphia, PA 19103-7009 | LEAF Capital Funding, LLC<br>PO Box 742647<br>Cincinnati, OH 45274-2647 |
| David B. Law<br>1900 W. Littleton Blvd.<br>Littleton, CO 80120-2023 | Lift Forward<br>261 Madison Avenue<br>New York, NY 10016-2303 | LiftForward, Inc<br>c/o Jeffrey Rogers<br>180 Maiden Lane, 10 Floor<br>New York, NY 10038-5178 |
| Linde (MRI Helium)<br>PO Box 100691<br>Pasadena, CA 91189-0003 | MacPractice<br>233 N 8th, Ste 300<br>Lincoln, NE 68508-1490 | Matthew O'Rourke<br>120 Old Laramie Trl E<br>Lafayette, CO 80026-7012 |
| McKesson Medical Surgical<br>PO Box 660266<br>Dallas, TX 75266-0266 | McKesson Specialty<br>PO Box 841838<br>Dallas, TX 75284-1838 | MedPro Medical Waste<br>PO Box 5683<br>Chicago, IL 60680-5683 |
| Mercedes Gamez<br>11405 East 111th Ave.<br>Henderson, CO 80640-7706 | MidFirst Bank<br>555 17th St., Ste 150<br>Denver, CO 80202-3913 | Mile High Outdoor / Greenberg & Sada, P.C.<br>770 W. Hampden Ave #227<br>Englewood, CO 80110-2152 |
| David M. Miller<br>370 17th St.<br>Ste. 4800<br>Denver, CO 80202-5698 | Morning Star Elevator<br>16165 Cliffrock Court<br>Colorado Springs, CO 80921-3728 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Northeast Bank<br>200 Berkeley Street<br>P.O. Box 171679<br>Boston, MA 02117-3523 | Brandan Oliver<br>3200 Wells Fargo Center, 1700 Lincoln St<br>Denver, CO 80203 | Michael J. Pankow<br>410 17th St.<br>22nd Fl.<br>Denver, CO 80202-4437 |

Paul L. Vosburgh Revocable Trust
PO Box 36060
Albuquerque, NM 87176-6060

Philadelphia Indemnity Insurance
P.O. Box 2057
Kalispell, MT 59903-2057

Phillips Medical Capital
P.O. Box 92449
Cleveland, OH 44193-0003

Phillips Medical Capital LLC
Attn: T. Veitz
1111 Old Eagle School Road
Wayne, PA 19087-1453

Pinnacol
P.O. Box 561434
Denver, CO 80256-0001

Qwest Corp. dba
CenturyLink Communications LLC
1801 California St., Rm 900
Denver, CO 80202-2609

Royal Bank America Leasing LP
John A. Gagliardi, Esquire
101 E. Evans St., Ste. A
West Chester, PA 19380-2600

Royal Bank America Leasing, LP
550 Township Line Rd., Ste. 425
Blue Bell, PA 19422-2734

Royal Bank Leasing
550 Township Line Rd, Ste 425
Blue Bell, PA 19422-2734

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sherman & Howard, L.L.C.
Attn: Alan Roets
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622

Siemens Medical Solutions USA, Inc.
Attn: JoAnn McDonough
40 Liberty Boulevard
Mail Code 40-2W
Malvern, PA 19355-1418

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Summit Funding Group, Inc.
Lease Administration Center
Dept. 3500
4680 Parkway Drive, Suite 300
Mason, OH 45040-7979

Summit Lease Administration
Lease Administration Center Dept. 3500
4680 Parkway Dr., Suite 300
Mason, OH 45040-7979

Susquehanna Commercial Finance, Inc.
2 Country View Road, Suite 300
Malvern, PA 19355-1420

TomoTherapy, Inc.
Attn: Stan Gee
1310 Chesapeake Terrace
Sunnyvale, CA 94089-1100

Tomotherapy Inc.
1240 Deming Way
Madison, WI 53717-1954

Travelers
PO Box 660317 443 Crown Pt Cir, Ste A
Grass Valley, CA 95945-9557

Trethan-Goswick, L.L.C.
Attn: Troy Gillenwater
PO Box 2335
Carefree, AZ 85377-2335

U.S. Small Business Administration
Disaster Assistance
Processing and Disbursement Center
14925 Kingsport Road
Fort Worth, TX 76155-2243

U.S. Small Business Administration
Jonathan Braun, Attorney
721 19th Street
Suite 426
Denver, CO 80202-2517

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

United States Small Business Administration
409 3rd St. SW
Washington, DC 20416-0005

United States Small Business Administration
Colorado District Office
721 19th St., Suite 426
Denver, CO 80202-2517

David Wadsworth
1660 Lincoln St.
Ste. 2200
Denver, CO 80264-2202

Wells Fargo
SBA 504 Program
9062 Old Annapolis Road
Columbia, MD 21045-2479

Wells Fargo Vendor Financial Services, LLC
Attn: Lisa Boddicker
1010 Thomas Edison Bldvd, SW
Cedar Rapids, IA 52404-8247

```
Western Equipment Finance          Western Equipment Finance         Xcel Energy
503 HWY 2 W                        PO Box 640                        PO Box 9477
Devils Lake, ND 58301-2938         Devils Lake, ND 58301-0640        Minneapolis, MN 55484-9477


Zayo Group, LLC
1805 29th Street
Boulder, CO 80301-1058
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Sprint
PO Box 4181
Carol Stream, IL 60197
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u) Anderson & Whitney, P.C.        (u)Accuray Inc.                  (u)BFG Corporation d/b/a Byline Financial Gro


(u)Colorado Lending Source, Ltd.    (u)FirstBank                     (du)FirstBank


(u)LiftForward, Inc.                (u)MidFirst Bank                 (u)Northeast Bank
```

End of Label Matrix
Mailable recipients    123
Bypassed recipients      9
Total                  132