### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
#### Minutes of Proceeding/Minute Order

| | |
|---|---|
| **Date: November 3, 2016** | **Honorable Thomas B. McNamara, Presiding**<br>**Anne E. R. Tunnell, Law Clerk** |

| | |
|---|---|
| **In re:**<br><br>**NRS Properties, LLC,**<br><br><br>**Debtor.** | **Bankruptcy Case No. 16-10989 TBM**<br>**Chapter 12** |

Appearances

| | | | |
|---|---|---|---|
| Trustee | **Daniel A. Hepner** | Counsel | **Pro se** |
| Debtors | | Counsel | **Cynthia T. Kennedy** |
| Creditor | **Cecil E. Hart II LLC** | Counsel | **Michael J. Davis** |
| Creditor | **First Southwest Bank** | Counsel | **Tuck Young** |

<u>Proceedings</u>: Status and Scheduling Conference on: (1) the Debtor's Amended Chapter 12 Plan (Docket No. 89) and Objections thereto filed by the Cecil E. Hart II LLC ("CEH") and the Chapter 12 Trustee (Docket Nos. 104 and 111, respectively); (2) CEH's Motion for Relief from Stay (Docket No. 67) and Debtor's Response (Docket No. 82); (3) CEH's Motion to Dismiss (Docket No. 59) and Debtor's Response (Docket No. 81); and (4) the status of the approved and/or pending sales of portions of Debtor's Real Property.

[X] The Debtor advised the Court that the proposed sale of a substantial portion of Debtor's real property did not close. Debtor requested the Court to reset the evidentiary hearing on the valuation of Debtor's real property and the appropriate discount rate to be used in the Chapter 12 Plan to insure that the value, as of the effective date, to be distributed to CEH on account of its secured claim is not less than the allowed amount of its claim. Debtor indicated that it would need to obtain an appraisal of the real property and communicate with the County Water Division to obtain information about the water rights to the real property.

[X] The Chapter 12 Trustee and CEH concurred with the Debtor. CEH requested that the evidentiary hearing be reset in January, 2017.

[X] The parties requested additional time to conduct discovery.

[X] The parties agree that "cause" exists to extend the date for hearing on confirmation pursuant to 11 U.S.C. §1224.

_____

<u>Orders</u>:

[X] The Court will conduct an evidentiary hearing on the valuation of Debtor's real property and the appropriate discount rate to be used in the Chapter 12 Plan to insure that the value, as of the effective date, to be distributed to CEH on account of its secured claim is not less than the allowed amount of its claim, on **TUESDAY, JANUARY 10, 2017, COMMENCING at 9:00 A.M., and continuing to WEDNESDAY, JANUARY 11, 2017 at 9:00 A.M.** in Courtroom E, 721 19th Street, Denver, CO, 80202-2508.

[X] This matter is a contested matter within the meaning of Fed. R. Bankr. P. 9014. Fed. R. Bankr. P. 9014(c) makes certain of the Federal Rules of Bankruptcy Procedure which apply to adversary proceedings, including the discovery rules, applicable to contested matters.

[X] Discovery, including any expert discovery, shall be COMPLETED by **December 21, 2016**. ("Completed"

means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.)

[X] If the parties have not previously done so, pursuant to and in accordance with Fed. R. Civ. P. 26(a)(2)(A) and (B) (as made applicable to contested matters by Fed. R. Bankr. P. 7026), the parties shall disclose any experts and exchange expert reports no later than **DECEMBER 9, 2016**.

[X] Exhibits must be marked for identification and exchanged no later than **DECEMBER 28, 2016**. The Debtor shall use letters; the Chapter 12 Trustee shall use numbers; and Cecil E. Hart II LLC shall use "CEH" followed by numbers. The parties must file their Lists of Witnesses and Exhibits on or before **DECEMBER 28, 2016**, substantially in the form of Attachment A. Written objections directed to the exhibits must be filed and served on opposing counsel on or before **JANURARY 3, 2017**, otherwise all objections except as to relevancy are waived.

[X] On the date of the evidentiary hearing, each party shall provide three (3) copies of all exhibits to the Law Clerk or Courtroom Deputy. Two (2) copies are for the Court and one (1) copy is for the witness. The original exhibits are to be used by the witness. Exhibits tendered to the Court shall be in three ring binders and be individually tabbed with the appropriate exhibit letter/number. Tabs must extend past the side of the paper. Exhibits in excess of ten (10) pages shall be numbered at the bottom of the page for easier access and use during trial. The first page of each binder shall be an index in the form of Attachment 1 to this Order. The parties will be required, consistent with Local Bankruptcy Rule 9070-1, to retain custody of their original exhibits following the evidentiary hearing. Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone. All parties shall appear in person or by counsel.

[X] The United States Bankruptcy Court for the District of Colorado has installed an electronic evidence presentation system in Courtroom E. The evidence presentation system allows for the display of evidence on various monitors located at the bench, the witness stand, the lectern and the counsel tables.  Counsel planning to use the equipment must contact court staff by contacting the Court's Training Department, at least 5 business days in advance of their court proceeding to inquire about availability of certain equipment, protocol for use, training and practice sessions.  Appointment inquiries can be made online at http://www.cob.uscourts.gov/content/courtroom-technology-request-form.  Counsel must familiarize themselves with the electronic presentation system in advance.  Practice sessions and testing of the equipment, if requested by counsel, must occur prior to the day of a scheduled court appearance, as the courtroom may not be available and court staff will not be available for that purpose on the day of the proceeding.  **The Court encourages the use of the electronic evidence presentation system**.  On the date of the evidentiary hearing, each party utilizing the electronic evidence presentation system shall provide two thumb-drives of all exhibits in lieu of paper exhibits as described above.

---

Date: November 3, 2016

**IT IS SO ORDERED:**

**FOR THE COURT:**
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

By: A. E. R. Tunnell, Law Clerk

**ATTACHMENT A**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re

_____,

Debtor

_____

_____,

Plaintiff

v.

_____,

Defendant.

Case No.:        _____ TBM
Chapter

Adversary Proceeding No.:  _____ TBM

_____

**(Party Name)s LIST OF WITNESSES AND EXHIBITS**

_____

_____ (Party) , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____     ___. m. in Courtroom A before the Honorable Thomas B. McNamara.

**WITNESSES**

Party **will** call the following witnesses:

1. _____, to testify regarding: _____

_____

2. _____, as an adverse witness.

Party **may** call the following witnesses:

1. _____, to testify regarding _____.

2. _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
John A. Attorney, #0000
Street Address
City, State, Zip
Telephone Number
Facsimile Number
*Attorney for*_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing _____'s **List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:


_____

**ATTACHMENT 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

_____,                                    Case No. _____ TBM
                                                    Chapter
Debtor,

_____

_____,

Plaintiff,                                          Adversary Proceeding No. _____ TBM

v.

_____,

Defendant.

**EXHIBITS FOR HEARING**

Submitted by:    (Name of Party)
In connection with: (date and nature of hearing or date of trial)
Example: 12/31/00 Motion for Relief from Stay or 12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |