## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| NRS Properties, LLC | ) | Case No. 16-10989 TBM |
| | ) | |
| Debtor | ) | |

_____

## DEBTOR'S RULE 26(b) EXPERTS DISCLOSURE
_____

NRS Properties, LLC, by and through its undersigned counsel, discloses the following experts for the hearing scheduled for January 10 and 11, 2017:

1. Norm Dalsted. CV attached. Report attached.

2. Edd Gillespie, Appraiser. CV attached. Appraisal Report attached.

Respectfully submitted,

Dated: December 19, 2016.  /s/Cynthia T. Kennedy
Cynthia T. Kennedy, #11668,
Kennedy Law Firm
308 ½ E. Simpson Street
Lafayette, CO  80026
(303) 604-1600
ctk@kennedylawyer.com
Counsel for NRS Properties, LLC

<u>Certificate of Service</u>

I hereby certify that service of the foregoing document was served by depositing same in the United States mail, first class postage prepaid, on the 19th day of December, 2016 properly addressed to:

U.S. Trustee
(electronic service only)

Tuck Young, Esq.
Kettelkamp, Young & Kettelkamp, P.C.
201 W. 8th Street, Ste. 540
Pueblo, CO  81003

Daniel A. Hepner, Chapter 12 Trustee
1660 Lincoln Street, Ste. 2200
Denver, CO  80264

Michael J. Davis, Esq.
KGN Murray LLP
6795 E. Tennessee Ave.
St. 330
Denver, CO  80224

*/s/Cynthia T. Kennedy*