**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| NRS Properties, LLC | ) | Case No. 16-10989 TBM |
| | ) | |
| Debtor | ) | |

---

**CECIL E. HART II LLC RULE 26(b) EXPERTS DISCLOSURE**

---

    Cecil E, Hart II LLC by and through its undersigned counsel, discloses the following experts for the hearing scheduled for January 10 and 11, 2017:

1. Timothy L. Walters, Appraiser. CV attached. Appraisal Report attached.

                                                                     Respectfully submitted,

Dated: December 20, 2016.                 /s/Michael J. Davis
                                                                Michael J. Davis #44287
                                                                BKN Murray LLP
                                                                6775 E. Tennessee St.
                                                                St. 330
                                                                Denver, CO 80224
                                                               720-361-6036
                                                                mdavis@bknmurray.com
                                                                Counsel Cecil E. Hart II LLC

Certificate of Service

I hereby certify that service of the foregoing document was served by depositing same in the United States mail, first class postage prepaid, on the 19th day of December, 2016 properly addressed to:

U.S. Trustee
(electronic service only)


Tuck Young, Esq.
Kettelkamp, Young & Kettelkamp, P.C.
201 W. 8th Street, Ste. 540
Pueblo, CO 81003

Daniel A. Hepner, Chapter 12 Trustee
1660 Lincoln Street, Ste. 2200
Denver, CO 80264

Michael J. Davis, Esq.
KGN Murray LLP
6795 E. Tennessee Ave.
St. 330
Denver, CO 80224


*/s/Cynthia T. Kennedy*