# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| NRS PROPERTIES, LLC | ) | Case No. 16-10989 TBM |
| | ) | Chapter 12 |
| | ) | |
| Debtor. | ) | |

## CHAPTER 12 TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON VALUATION OF DEBTOR'S REAL PROPERTY AND APPROPRIATE DISCOUNT RATE TO BE USED IN CHAPTER 12 PLAN

Daniel A. Hepner, Chapter 12 Trustee herein (the "Trustee") hereby designates the following witnesses and exhibits for the hearing on Valuation of Debtor's Real Property and Appropriate Discount Rate to Be Used in Chapter 12 Plan on January 10, 2017, commencing at 9:00 A.M., and continuing to January 11, 2017 before the Honorable Thomas B. McNamara.

### WITNESSES

Trustee may call the following witnesses:

1. Any witness called or endorsed by any other party.

2. Any witness necessary for impeachment or rebuttal.

### EXHIBITS

Trustee intends to introduce as exhibits at hearing those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

DATED this 28th day of December, 2016.

*s/ Daniel A. Hepner*
Daniel A. Hepner, Chapter 12 Trustee
1660 Lincoln Street, Suite 2200
Denver, CO 80264
(303) 296-1999
dhepner@sww-legal.com

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on this 28th day of December, 2016, a true and correct copy of the above and foregoing Chapter 12 Trustee's List of Witnesses and Exhibits for Hearing on Valuation of Debtor's Real Property and Appropriate Discount Rate to Be Used in Chapter 12 Plan was placed in the United States Mail, postage prepaid and correctly addressed to:

Cynthia T. Kennedy, Esq.
308 1/2 E. Simpson Street
Lafayette, CO 80026

Michael J. Davis, Esq.
BKN Murray LLP
6795 E. Tennessee Ave., Suite 330
Denver, CO 80224

Tuck Young, Esq.
Kettelkamp, Young & Kettelkamp, P.C.
201 West 8th Street, Suite 540
Pueblo, CO 81003

                                                *s/ Jessica L. DeGuiseppi*