## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| NRS Properties, LLC | ) | Case No. 16-10989 TBM |
| | ) | |
| Debtor | ) | |

_____

### STIPULATION REGARDING AMOUNT OWED CECIL HARTT SECOND, LLC AND INTEREST RATE UNDER *TILL*
_____

NRS Properties, LLC, as Debtor-in-possession, and Cecil E. Hart II, LLC by and through their undersigned counsel, STIPULATE as to the following for the hearing to be conducted by the Court on valuation and interest rates currently scheduled for January 10, 2017:

The parties agree to a 5.5% interest rate from date of filing as an appropriate prime rate plus risk factor rate under *Till v. SCS Credit Corporation*, 124 S. Ct. 1951 (2004), and agree as of December 30, 2016, for purposes of the pending hearings and any plan confirmation hearing, that the amount due Cecil Hart Second, LLC is $1,092,010.66, and will continue to run at 5.5% as a non-default rate under the terms of any plan confirmed by the Court.

Dated: January 3, 2017.

/s/Cynthia T. Kennedy
Cynthia T. Kennedy, #11668,
*Counsel for Debtor*
Kennedy Law Firm
308 ½ E. Simpson Street
Lafayette, CO  80026
(303) 604-1600
ctk@kennedylawyer.com
Counsel for NRS Properties, LLC

/s/ Michael J. Davis
Michael J. Davis, #44287
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO  80224
(720) 361-6036
mdavis@bknmurray.com
Counsel for Cecil E. Hart II, LLC

<u>Certificate of Service</u>

I hereby certify that service of the foregoing document was served by depositing same in the United States mail, first class postage prepaid, on the 7th day of December, 2016 properly addressed to:

U.S. Trustee
(electronic service only)


Tuck Young, Esq.
Kettelkamp, Young & Kettelkamp, P.C.
201 W. 8th Street, Ste. 540
Pueblo, CO  81003

Daniel A. Hepner, Chapter 12 Trustee
1660 Lincoln Street, Ste. 2200
Denver, CO  80264



*/s/Cynthia T. Kennedy*