UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding/Minute Order*

Date: January 10, 2017      **Honorable Thomas B. McNamara, Presiding**
Anne Riordan Tunnell, Law Clerk

In re: NRS Properties, LLC

Case No. 16-10989 TBM

Debtor.

Chapter 12

| | Appearances | | Represented by |
|---|---|---|---|
| Trustee | **Daniel A. Hepner** | Counsel | Pro se |
| Debtor(s) | | Counsel | **Cynthia T. Kennedy** |
| Creditor | **The Cecil E. Hart II LLC** | Counsel | **Michael J. Davis** |

<u>Proceedings:</u>   Day 1 Evidentiary Hearing on Value of Real Property and the Applicable Interest Rate for purpose of: (1) the Debtor's Amended Chapter 12 Plan (Docket No. 89) and Objections thereto filed by the Cecil E. Hart II LLC ("CEH") and the Chapter 12 Trustee (Docket Nos. 104 and 111, respectively); (2) CEH's Motion for Relief from Stay (Docket No. 67) and Debtor's Response (Docket No. 82); and (3) CEH's Motion to Dismiss (Docket No. 59) and Debtor's Response (Docket No. 81).

[X] Witnesses sworn: Edd Gillespie, Trenton Lund, and Margarita Salcedo Hart.
[X] Exhibits entered (The Lists of exhibits which were admitted into evidence will be attached to the Minutes of Proceeding from Day 2).
[X] The Court received the affidavit of Patrick J. McDermott in lieu of his live testimony based upon the Stipulation of the parties (Docket No. 144) and the Court's Order approving that Stipulation. (Docket No. 146.)
[X] The Court heard the opening statements and evidence presented by the parties.
[X] Debtor rested in the presentation of its case. CEH presented its case, in part, until the Court adjourned.
[X] As a preliminary matter, Debtor challenged the qualifications of the expert and his report to be offered by CEH.

<u>Orders:</u>

[X] The Court reserved ruling on Debtor's challenges to the testimony of CEH's expert until he is offered as a witness and subject to examination.
X] The evidentiary hearing is continued to Wednesday, January 11, 2017 to commence at 9:00 a.m. in Courtroom E, 721 19th Street Denver, CO 80202-2508.

Date: January 10, 2017

**BY THE COURT:**

_____
**Thomas B. McNamara,**
**United States Bankruptcy Judge**

**FOR THE COURT:**
*Kenneth S. Gardener, Clerk of Bankruptcy Court*

By: __/s/ Anne E. R. Tunnell_____
Anne E. R. Tunnell, Law Clerk