UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding/Minute Order*

| Date: January 11, 2017 | **Honorable Thomas B. McNamara, Presiding** |
|---|---|
| | Anne Riordan Tunnell, Law Clerk |

In re: NRS Properties, LLC                                    Case No. 16-10989 TBM

Chapter 12

Debtor.

| | Appearances | | | Represented by |
|---|---|---|---|---|
| Trustee | **Daniel A. Hepner** | Counsel | | **Appearance excused** |
| Debtor | | Counsel | | **Cynthia T. Kennedy** |
| Creditor | **Cecil E. Hart** | Counsel | | **Michael J. Davis** |

Proceedings: Day 2 Evidentiary Hearing on Value of Real Property and the Applicable Interest Rate for purpose of: (1) the Debtor's Amended Chapter 12 Plan (Docket No. 89) and Objections thereto filed by the Cecil E. Hart II LLC ("CEH") and the Chapter 12 Trustee (Docket Nos. 104 and 111, respectively); (2) CEH's Motion for Relief from Stay (Docket No. 67) and Debtor's Response (Docket No. 82); and (3) CEH's Motion to Dismiss (Docket No. 59) and Debtor's Response (Docket No. 81).

　　[X] Witnesses Sworn: Timothy Walters
　　[X] Exhibits Entered (See attached lists)
　　[X] CEH concluded the presentation of its case.
　　[X] The parties presented closing argument to the Court.

Orders:

　　[X] Court rendered its oral ruling admitting into evidence both the expert testimony and report of Timothy Walters.
　　[X] The Court takes the matter under advisement.
　　[X] The Court will issue its oral ruling on the pending motions, and the valuation of the Real Property, on **FRIDAY, JANUARY 13, 2017 at 1:30 p.m.** in Courtroom E, United States Bankruptcy Court, 721 19th Street Denver, CO 80202-2508. The parties are permitted to appear by phone. If they so elect, they may appear by calling the Courtroom at approximately 1:25 p.m. on Friday, January 13, 2017, at 1-888-684-8852. The Meeting Access Code is: **3187256**.

Date: January 11, 2017

BY THE COURT:

*Thomas B. McNamara*
**Thomas B. McNamara**
**United States Bankruptcy Judge**

FOR THE COURT:
*Kenneth S. Gardener, Clerk of Bankruptcy Court*

By: *Anne E. R. Tunnell* _____
Anne E. R. Tunnell, Law Clerk

United States Bankruptcy Court for the District of Colorado

In re:  NRS Properties, LLC        )
                                   )   Case No. 16-10989 TBM
Debtor                             )   Chapter 12
                                   )

## DEBTOR'S EXHIBITS ON PROPERTY VALUATION

**Submitted by:  NRS Properties, LLC (Debtor)**
**In Connection with:  January 10 and 11, 2017 hearing on property valuation and interest rates**

| Exhibit | Description | Offered | Admitted | Comments |
|---|---|---|---|---|
| A | Appraisal | X | X | |
| B | Appraiser's CV | X | X | No objection |
| C | Economist Report | | | |
| D | Economist CV | | | |
| E | Senate Bill 04-222 | X | X | |
| F | Rio Grande Basin Implementation Plan | X | X | |
| G | Final Groundwater Rules for Division 3 | X | X | |
| H | Affidavit of Patrick J. McDermott | X | X | Admitted by Stipulation |
| I | Assessor's Classification | X | X | Debtor's Rebuttal Exhibit |
| J | Property Record Card for Portion of NRS Property | X | X | Debtor's Rebuttal Exhibit |
| M | Satellite Map of Comparable Properties | X | X | |
| | | | | |

# Cecil E. Hart II LLC
## EXHIBITS

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| CEH 1 | CEH Promissory Note w/ NRS Dated 12/31/12 | | | |
| CEH 2 | CEH Deed of Trust with NRS dated 1/12/13 | | | |
| CEH 3 | Foreclosure continuation letters | | | |
| CEH 4 | CEH Cash Advances to NRS | YES | YES | |
| CEH 5 | CEH Judgment of Foreclosure against NRS | | | |
| CEH 6 | NRS Bankruptcy schedules | YES | YES | |
| CEH 7 | NRS June, 2016 profit and loss | YES | YES | |
| CEH 8 | NRS Amended Chapter 12 Plan | YES | YES | |
| CEH 9 | NRS Properties Ex. To Amend CH. 12 Plan | | | |
| CEH 10 | NRS Projections to Am. Ch. 12 Plan | | | |
| CEH 11 | CEH Appraisal | YES | YES | The Court admitted this exhibit after Debtor's cross examination of CEH's expert. |
| CEH 12 | NRS Contract to Sell 40 Acres | | | |
| CEH 13 | NRS Motion to Sell 40 Acres | | | |
| CEH 14 | Offer to Purchase 510 Acres | | | |
| CEH 15 | Final Counteroffer to Buy 510 Acres | | | |
| CEH 16 | CEH Appraiser Resume | YES | YES | |
| CEH 17 | NRS Motion to Convert Case from Chapter 7 to Chapter 12 | | | |
| CEH 18 | Subpoena for Documents to NRS | | | |