UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-10989 TBM |
| NRS Properties, LLC ) | Chapter 12 |
| ) | |
| Debtor ) | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND RESERVATION OF RIGHTS**

  PURSUANT TO Fed. R. Bankr. P. 9010, Duncan E. Barber of Shapiro Bieging Barber Otteson LLP, hereby enters his appearance on behalf of The Cecil E. Hart II LLC ("Creditor") and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

  Duncan E. Barber
  Shapiro Bieging Barber Otteson LLP
  4582 South Ulster Street Parkway, Suite 1650
  Denver, Colorado  80237
  Telephone:  (720) 488-0220
  Facsimile:  (720) 488-7711
  E-mail: dbarber@sbbolaw.com

  PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditor.

  Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

Dated: January 27, 2017.

SHAPIRO BIEGING BARBER OTTESON LLP

By: /s/ *Duncan E. Barber*
    Duncan E. Barber, #16768
4582 South Ulster St. Parkway, Suite 1650
Denver, CO 80237
Tel: (720) 488-0220
Fax: (720) 488-7711
E-mail: dbarber@sbbolaw.com

*Counsel for The Cecil E. Hart II LLC*

#447522

CERTIFICATE OF SERVICE

The undersigned certifies that on January 27, 2017, a copy of the foregoing ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS was placed in the United States mail, post prepaid addressed to those on the attached mailing matrix:

NRS Properties, LLC
20778 CR 55
Moffat, CO 81143-9600

Benjamin F. Gibbons
800 First Avenue
Monte Vista, CO 81144

Cynthia T. Kennedy
308 ½ E. Simpson Street.
Lafayette, CO 80026

Daniel A. Hepner
Chapter 12 Trustee
1660 Lincoln Street, Ste 2200
Denver, CO 81124

Tuck Young
Kettelkamp, Young & Kettelkamp, P.C.
201 West 8th Street, Ste 540
Pueblo, CO 81003

Michael J. Davis
Lily Nierenberg
BKN Murray LLP
6795 E. Tennessee Ave., Ste 330
Denver, CO 80224

Jeffrey Motz
Motz Law Firm LLC
410 San Juan Ave
Alamosa, CO 81101

/s/ Mary Anne Lenzi

#447522