**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-14761-MER |
| Y&K SUN INC. ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**ORDER GRANTING WONJONG KIM and YOONEE KIM'S SECOND UNOPPOSED MOTION TO TO RESET BRIEFING SCHEDULE ON ISSUES RELATING TO COLORADO SECURIITITES FRAUD LIABILITY AND ATTORNEYS FEES**

Upon the filing of WONJONG KIM and YOONEE KIM (hereinafter collectively referred to as the "Kims"), Second Unopposed Motion To Reset Briefing Schedule On Issues Relating To Colorado Securities Fraud Liability And Attorneys Fees:

ORDERED that the Kims shall be given to February 27, 2017 to brief the issues of 1) the liability of Y&K Sun, Inc. under the Colorado Securities Act, and 2) whether attorneys' fees are awardable under the Colorado Securities Act, with the Debtor's Response due March 6, 2017, and the Kims' reply to the Debtors' Response to be due on March 13, 2017.

.

Dated:  February 10, 2017                                                BY THE COURT:

                                                                                              _____
                                                                                              United States Bankruptcy Judge