**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Y & K SUN, INC.,<br><br>Debtor. | Case No. 16-14761 MER<br><br>Chapter 11 |

**ORDER**

THIS MATTER comes before the Court on the Motion for Order Authorizing Filing of Exhibits Under Seal ("Motion") filed by Wonjoong and Yoonee Kim ("Kims") at Docket No. 192. The Kims allege they filed Amended Claim No. 2-3 which contains attorney billing records which may contain confidential information and which may violate attorney client privilege if they are made public. Based on the representations made in the Motion,

IT IS HEREBY ORDERED the Motion is granted on a temporary basis.

IT IS FURTHER ORDERED the Kims shall submit to the Court, on or before March 31, 2017, detailed information as to why filing under seal is required, as opposed to simply filing redacted records. The Court will then determine whether this Order should be made permanent.

Dated March 21, 2017

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court